IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ALBERT CHARLES SMITH                                                    PLAINTIFF

v.                                                                              NO. 2:05CV92-B-B

CORRECTIONS CORPORATION OF AMERICA, ET AL.                DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated March 13, 2006, and the April 5, 2006, objections to the Report and Recommendation, and the various replies and rebuttals filed in this matter, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 13, 2006, is hereby approved and adopted as the opinion of the court.

2. That the motion by the defendants for summary judgment is hereby **GRANTED.**

3. That judgment shall be entered for the defendants.

4. That this case is **CLOSED.**

5. That in light of this ruling, all motions currently pending in this case are hereby **DISMISSED** as moot.

THIS, the 26th day of September, 2006.

/s/ Neal Biggers
_____
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE